UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

"CN", Minor Child
MONICA WEBB
5475 N. 56th St.
Milwaukee, WI 53218

"KC", Minor Child
KORETTEA COOPER
3414 W. Florist Ave., #203
Milwaukee, WI 53209

"VO", Minor Child
PORSCHE COSEY
VEDONTE OLDEN, SR.
5396 N. Long Island Dr.
Milwaukee, WI 53209

        Plaintiffs,

v.                      CASE NO.:

MILWAUKEE BOARD OF SCHOOL DIRECTORS
c/o Superintendent, Dr. Brenda Cassellius
5225 W. Vliet Street
Milwaukee, WI 53208

TERRENCE GRAHAM
1650 W Galena St,
Milwaukee, WI 53205

DARLENE LUCAS
5966 N. 35th Street
Milwaukee, WI 53209

CAROLYN WATSON
4250 N. 28th Street
Milwaukee, WI 53216

JOANN JOHNSON
5966 N. 35th Street
Milwaukee, WI 53209

DENNIS DANIELS
1830 W. Hadley Street
Milwaukee, WI 53206

JOHN AND JANE DOE THURSTON WOODS
SCHOOL STAFF
A fictitious name for unknown defendants,

        Defendants.

## NOTICE OF REMOVAL

To: Attorney Drew J. De Vinney
   MARTIN LAW OFFICE, S.C.
   7801 S. Howell Avenue, Ste.102
   Oak Creek, WI 53154
   drew@martin-law-office.com

**PLEASE TAKE NOTICE** that the Milwaukee Board of School Directors, Darlene Lucas, Carolyn Watson, Joann Johnson, Dennis Daniels, and John and Jane Doe Thurston Woods School Staff (collectively referred to as the "Thurston Defendants") by their attorneys, City Attorney Evan Goyke and Assistant City Attorneys Sheila Thobani, Stacy Miller, and Joshua Cronin, and Terrence Graham, by his attorneys, Axley LLP, by Lori M. Lubinsky, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, file this Notice of Removal with the United States District Court for the Eastern District of Wisconsin. The grounds for removal of this action are as follows:

  1. A civil action designated as Case No. 2025CV010507 has been commenced and is now pending in Milwaukee County Circuit Court (the "State Court Action") between the above-identified parties.

  2. On December 8, 2025, Plaintiffs filed a Summons and Complaint in the State Court Action. (Cronin Aff., Ex. A, Summons & Complaint.)

2

3. In the State Court Action, the Plaintiffs have filed (or otherwise provided to counsel) a number of Affidavits of Service. (Cronin Aff., Ex. B, Affidavits of Service.)

4. The above-referenced action is a civil action for damages alleged to have arisen from actions arising in Milwaukee County, Wisconsin.

5. The United States District Court for the Eastern District of Wisconsin has jurisdiction over this action for the following reasons:

    a. The case presents a federal question under the Civil Rights Act of 1871, 42 U.S.C. § 1983, in that Plaintiffs allege that some of the Thurston Defendants violated their rights under the Fourteenth and Fourth Amendments of the United States Constitution. (Cronin Aff., Ex. A, Summons & Complaint, ¶¶ 61–75.) Removal is therefore proper under 28 U.S.C. § 1441(a) because this is a civil action brought in state court over which the federal district court would have original jurisdiction under 28 U.S.C. § 1331 had the action been initially commenced in federal court.

    b. The Thurston Defendants and Defendant Terrence Graham received the Complaint less than thirty (30) days before the date of filing this Notice of Removal.

    c. This Notice of Removal is timely under Section 1446(b) of Title 28 of the United States Code because the time permitted by statute for filing has not expired.

    d. This case is properly venued in that Plaintiffs and Defendants are within the jurisdiction of the Eastern District of Wisconsin, and that the alleged events or omissions that form the basis for Plaintiffs' claims occurred within the Eastern District of Wisconsin.

    e. All Defendants have consented to removal.

6. Concurrent with the filing of this Notice of Removal, the Thurston Defendants and Defendant Terrence Graham, by their attorneys, will notify all active parties and the Clerk of

Milwaukee County Circuit Court that this case is the subject of a petition for removal in the United States District Court for the Eastern District of Wisconsin, as required by 28 U.S.C. § 1446(b)(1).

## JURY DEMAND

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, the Thurston Defendants hereby request a trial by jury.

Dated this 13th day of January, 2026.

        EVAN C. GOYKE
        City Attorney

By: *s/Joshua B. Cronin*
    JOSHUA B. CRONIN
    Assistant City Attorney
    State Bar No. 1064324
    SHEILA THOBANI
    Assistant City Attorney
    State Bar No. 1101817
    STACY J. MILLER
    Assistant City Attorney
    State Bar No. 1126905
    Attorneys for Defendants, Milwaukee Board of School Directors, Darlene Lucas, Carolyn Watson, Joann Johnson, Dennis Daniels, and John and Jane Doe Thurston Woods School Staff

**ADDRESS:**
200 E. Wells Street
CH 800
Milwaukee, WI 53202
(414) 286-2601 – Telephone
(414) 286-8550 – Facsimile
Email: JBCronin@milwaukee.gov
      sthoba@milwaukee.gov
      smiller@milwaukee.gov

4

Dated this 13th day of January, 2026.

            *s/ Lori M. Lubinsky*
            Lori M. Lubinsky, SBN: 1027575
            Attorneys for Defendant Terrence Graham
            AXLEY LLP
            P.O. Box 1767
            Madison, WI 53701-1767
            Telephone: (608) 257-5661
            llubinsky@axley.com

2025-002308:00000000001231

5

Case 2:26-cv-00059-JPS  Filed 01/13/26  Page 5 of 5  Document 1